AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

Case 1:18-mj-00213-SAB   Document 5   Filed 12/21/18   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Eastern District of California



DEC 21 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                           )
v.                         )
                           )   Case No. 1:18-mj-00213 SAB
Joseph Suzor               )
                           )

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: 2500 Tulare St., Fresno, CA
_____
                                *Place*

on  When ordered by the court
   _____
                          *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 12/20/18

                                    Joseph Suzor
                                    _____
                                    *Defendant's signature*

Date: 12/20/18

                                    _____
                                    *Judicial Officer's Signature*

                                    STANLEY A. BOONE, U.S. Magistrate Judge
                                    _____
                                    *Printed name and title*