# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH R. SUZOR,<br><br>　　　　Defendant. | Case No. 1:18-mj-00213-SAB<br><br>ORDER VACATING JANUARY 28, 2020 HEARING |

On August 1, 2019 a status hearing was held in this matter and a briefing schedule was set. Motions were to be filed by January 9, 2020, with a hearing set for January 28, 2020. The time for motions to be filed has passed and no motions have been filed.

Accordingly, the motion hearing set for January 28, 2020 in Courtroom 9 is HEREBY VACATED and the parties are not required to appear at that time. This matter shall proceed to trial on February 4, 2020 at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: __January 15, 2020__

UNITED STATES MAGISTRATE JUDGE

1