| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JOSEPH SUZOR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00213-SAB |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA; AND ORDER |
| vs. | |
| JOSEPH SUZOR, | DATE: February 4, 2020 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Joseph Suzor, that the trial date currently set for February 4, 2020, be vacated and that a change of plea hearing be set before the Honorable Stanley A. Boone on February 20, 2020, at 10:00 a.m.

The parties have reached an agreement to resolve this case. As a result, the February 4, 2020 trial date is no longer necessary. Accordingly, the parties jointly request that the trial date be vacated and that the matter be set for a change of plea hearing on February 20, 2020, at 10:00 a.m. before this Court.

\\

\\

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: January 27, 2020

*/s/ William Taylor*
WILLIAM TAYLOR
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 27, 2020

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
JOSEPH SUZOR

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the trial scheduled for February 4, 2020, be vacated and a change of plea hearing be set for February 20, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 27, 2020**

UNITED STATES MAGISTRATE JUDGE